**Order entered December 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00955-CV

### IN RE LAKEITH RAQIB AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-J**

## ORDER

Before the Court are relator's first motion and second motion for this Court to order the trial court to comply with the Court's September 25, 2017 opinion and order conditionally granting relator's petition for writ of mandamus. This Court served a writ of mandamus on the trial judge on December 5, 2017 and ordered her to comply with the September 25, 2017 opinion and order by 12:00 p.m. on December 7, 2017. The trial judge has now complied with the writ of mandamus and with the September 25, 2017 opinion and order. Accordingly, we **DENY** relator's motions as moot.

We **DIRECT** the Clerk of this Court to provide relator with copies of the December 5, 2017 writ of mandamus and officer's return, the trial court's December 6, 2017 order denying relator's motion to reinstate, and the trial court's December 6, 2017 order determining appellate costs.

/s/      LANA MYERS
         JUSTICE